# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WW HEALTHCARE CONSULTANTS, LLC, | ) ) ) | CLERK'S JUDGMENT |
| Plaintiff(s), | ) ) | 5:13-CV-00142-RLV-DSC |
| vs. | ) ) | |
| LINTECH, LLC, | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 17, 2014, Order.

July 17, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court